IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01426-AP

MARTIN T. DESCHNER,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
VIRGINIA L. CARD SMITH
1763 Franklin Street
Denver, CO 80218-1124
Telephone: (303) 394-1124

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0017

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: 07/24/06**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: 07/27/06**

    C.    **Date Answer and Administrative Record Were Filed: 09/25/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:  11/30/06**

    B.    **Defendant's Response Brief Due:  01/05/07**

    C.    **Plaintiff's Reply Brief (If Any) Due:  01/19/07**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:  Plaintiff requests oral argument.**

      B.    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 16th day of October, 2006.

                                BY THE COURT:

                                S/John L. Kane
                                U.S. DISTRICT COURT JUDGE

APPROVED:

                                                 UNITED STATES ATTORNEY

s/ Virginia L. Card Smith                     s/ Thomas H. Kraus
By: VIRGINIA L. CARD SMITH           By: THOMAS H. KRAUS
1763 Franklin Street                               Special Assistant U.S. Attorney
Denver, CO 80218-1124
Telephone: (303) 394-1124                  *Mailing Address:*
vsmith3470@aol.com                           1961 Stout St., Suite 1001A
                                                 Denver, Colorado  80294
Attorney for Plaintiff                              Telephone:  (303) 844-0017
                                                 tom.kraus@ssa.gov

                                                 *Street Address:*
                                                 United States Attorney's Office
                                                 1225 Seventeenth Street, Suite 700
                                                 Denver, Colorado  80202
                                                 Telephone:  (303) 454-0100

                                                 Attorney for Defendant(s)