IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01426-RPM

MARTIN T. DESCHNER,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____

ORDER AWARDING ATTORNEY FEES
_____

        The plaintiff filed an application for an award of attorney's fees under the Equal Access to Justice Act on June 18, 2008. The filing did not comply with the requirements of D.C.COLO.LCivR 54.3 in that the motion did not include a detailed description of the services rendered and the amount of time spent on those services in detail. The motion refers to 82.40 hours in 2006, voluntarily reduced to 60; 22.7 hours in 2007 and 1.20 hours in 2008. Counsel also requests that the hourly rate for 2006 be $161.84, the rate for 2007 as $165.93 and $170.12 for 2008. The total fee requested is $13,963.76. The defendant's response agrees with the hourly rates based on the Consumer Price Index as being within the EAJA limits, the number of hours is objected to as unreasonable. The defendant asserts that the average number of hours for cases of this type has been judicially acknowledged as 30 to 40 hours, absent extraordinary circumstances, citing a case from the Sixth Circuit in 1990, *Hayes v. Sec'y of Health & Human Servs.,* 923 F.2d 418, 420 (6th Cir. 1990). The citation refers to a quotation from the District Court for the Southern District of Ohio, reflecting the court's experience. There is no standard for

measuring the reasonableness of the time required to present adequately a case for judicial review of a denial of Social Security benefits. At any rate, as reflected in this Court's Order of Reversal and for Remand, dated February 15, 2008, Mr. Deschner's application has had a protracted history with three ALJ hearings and an extensive administrative record. Moreover, Mr. Deschner has been a homeless person whose emotional and cognitive impairments were never properly considered. If this Court's experience with many Social Security reviews is appropriate to consider, this case is sufficiently unusual to be classified as exceptional. Because the affidavit is not sufficiently detailed to examine the reasonableness of every action taken by the claimant's counsel, the Court has considered that an appropriate award using EAJA rates is $12,000.00. Accordingly, it is

ORDERED that the plaintiff Martin T. Deschner is awarded $12,000.00 as attorney's fees in this matter.

DATED: July 1st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge