IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01426-RPM

MARTIN T. DESCHNER,

                    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
_____

ORDER AWARDING ATTORNEY FEES
_____

        Upon consideration of Plaintiff's Unopposed Motion for Approval of Attorney's

Fees under 42 U.S.C. § 406(b) [34], filed on February 13, 2009, it is

        ORDERED that the plaintiff is awarded a fee for his attorney Virginia L. Card

Smith in the amount of $2,269.12, made payable to Virginia L. Card Smith, Attorney at

Law," and mailed to plaintiff's counsel.

        DATED: February 18th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge